No. 676. Standridge et al. v. California Dolomite Co. et al. District Court of Appeal of California, Fourth

Appellate District. Certiorari denied. *John W. Howard* for petitioners.